# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DEMOCRATIC PARTY OF GEORGIA, INC., DSCC, and DCCC,<br><br>Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as SECRETARY OF STATE OF GEORGIA; REBECCA N. SULLIVAN, DAVID J. WORLEY, SETH HARP, and ANH LE, in their official capacities as Members of the Georgia State Election Board; and STEPHEN DAY, JOHN MANGANO, ALICE O'LENICK, BEN SATTERFIELD, and BEAUTY BALDWIN, in their official capacities as Members of the Gwinnett County Board of Registration and Elections,<br><br>Defendants. | Civil Action File No.<br>1:19-cv-5028-WMR |

## JOINT NOTICE OF SETTLEMENT

Plaintiffs Democratic Party of Georgia, Inc., DSCC, and DCCC ("Plaintiffs") and Defendants Stephen Day, John Mangano, Alice O'Lenick, Ben Satterfield, and Beauty Baldwin ("Gwinnett Defendants") hereby give notice of settlement of the above-captioned matter. The settlement agreement between the

parties is set forth in Attachment A. Plaintiffs agree to voluntarily dismiss the matter as to Gwinnett Defendants within five days of the date of this Notice.

Respectfully submitted,

By: */s/ Bruce V. Spiva*      By: */s/ Bryan P. Tyson*

|  |  |
|---|---|
| Marc E. Elias* | Bryan P. Tyson |
| Bruce V. Spiva* | Georgia Bar No. 515411 |
| John Devaney* | btyson@taylorenglish.com |
| Amanda R. Callais* | Bryan F. Jacoutot |
| K'Shaani Smith* | Georgia Bar No. 668272 |
| Emily R. Brailey* | bjacoutot@taylorenglish.com |
|  | **TAYLOR ENGLISH DUMA LLP** |
| **PERKINS COIE LLP** | 1600 Parkwood Circle, Suite 200 |
| 700 Thirteenth Street, N.W., Suite 800 | Atlanta, GA 30339 |
| Washington, D.C. 20005-3960 | 770.434.6868 (telephone) |
| Telephone: (202) 654-6200 |  |
| Facsimile: (202) 654-6211 | *Counsel for Gwinnett Defendants* |
| MElias@perkinscoie.com |  |
| BSpiva@perkinscoie.com |  |
| ACallais@perkinscoie.com |  |
| KShaaniSmith@perkinscoie.com |  |
| EBrailey@perkinscoie.com |  |

*Admitted Pro Hac Vice

Halsey G. Knapp, Jr.
Georgia Bar No. 425320
Joyce Gist Lewis
Georgia Bar No. 296261
Adam Sparks
Georgia Bar No. 341578
**KREVOLIN & HORST, LLC**
One Atlantic Center
1201 W. Peachtree St., NW, Suite 3250
Atlanta, GA 30309
Telephone: (404) 888- 9700
Facsimile: (404) 888-9577
hknapp@khlawfirm.com
jlewis@khlawfirm.com
sparks@khlawfirm.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of March 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to parties in this action.

Dated: March 6, 2020                     */s/     Bruce V. Spiva*
                                         *Counsel for Plaintiffs*