# Exhibit 1

FROM/DE:

OFFICIAL ELECTION MAIL
Authorized by the U.S. Postal Service ®

PLACE $X.XX IN STAMPS HERE.

COLOQUE $ X.XX EN SELLOS AQUÍ.

**OFFICIAL ABSENTEE BALLOT**
   BOLETA OFICIAL DE VOTO AUSENTE

**BOARD OF REGISTRARS**
   JUNTA DE REGISTRADORES

   455 Grayson Highway
   Suite 200
   Lawrenceville, GA 30046
   USA

# STOP BEFORE YOU SEAL THIS ENVELOPE, YOU MUST DO THE FOLLOWING:

- ☐ Place your ballot in white envelope and seal.
- ☐ Sign the oath.
- ☐ Have you affixed sufficient postage?

# DETÉNGASE ANTES DE SELLAR ESTE SOBRE, DEBE HACER LO SIGUIENTE:

- ☐ Coloque su boleta en el sobre blanco y selle.
- ☐ Firma el jurmanto.
- ☐ ¿Ha colocado franqueo suficiente?

## OATH OF ELECTOR

**I, the undersigned, do swear (or affirm)**

- I am a citizen of the United States and of the State of Georgia.
- I possess the qualifications of an elector required by the laws of the State of Georgia.
- I am entitled to vote in the precinct containing my residence in the primary or election in which this ballot is to be cast.
- I am eligible to vote by absentee ballot.
- I have not marked or mailed any other absentee ballot, nor will I mark or mail another absentee ballot for voting in such primary or election; nor shall I vote therein in person.
- I have read and understand the instructions accompanying this ballot.
- I have carefully complied with such instructions in completing this ballot.

I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law.

**SIGN HERE** ▶ _____

**SIGNATURE OR MARK OF ELECTOR**

_____   _____

PRINTED NAME OF ELECTOR                      DATE

**Oath of Person Assisting Elector (if any):** I, the undersigned, do swear (or affirm) that I assisted the above-named elector in marking such elector's absentee ballot as such elector personally communicated such elector's preference to me; and that such elector is entitled to receive assistance in voting under provisions of subsection (a) of Code Section 21-2-409.

This, the _____ day of _____, 20_____

**Reason for Assistance** (Check appropriate square):

▶ ☐ Elector is unable to read the English Language   ☐ Elector requires assistance due to physical disability.

SIGNATURE OF PERSON ASSISTING ELECTOR

_____   _____

PRINTED NAME OF PERSON ASSISTING ELECTOR   DATE

*Georgia law provides that any person who knowingly falsifies information so as to vote illegally by absentee ballot or who illegally gives or receives assistance in voting, as specified in Code Section 21-2-568 or 21-2-573, shall be guilty of a felony.*

**THIS BOX IS FOR OFFICE USE ONLY.**

_____   _____   _____

DATE RECEIVED   TIME RECEIVED   CERTIFIED AND APPROVED (SIGNATURE OF REGISTRAR)

## JURAMENTO DEL VOTANTE

Yo, el abajo firmante, juro (o afirmo) que

- Soy ciudadano de los Estados Unidos y del estado de Georgia
- Que poseo los requisitos de un votante exigidos por las leyes del estado de Georgia;
- Que tengo derecho a votar en el distrito electoral que contiene mi residencia en las primarias o en las elecciones en que se usará este voto
- Que soy elegible para realizar un voto en boleta de voto ausente
- Que no he marcado ni enviado por correo ninguna otra boleta de voto ausente, ni marcaré o enviaré por correo otra boleta de voto ausente para votar en dichas primarias o elecciones, ni votaré en ellas personalmente.
- Y que he leído y entendido las instrucciones que acompañan este voto
- Y que he seguido cuidadosamente esas instrucciones al completar esta votación.

Entiendo que la oferta o aceptación de dinero o cualquier otro objeto de valor para votar por un candidato en particular, una lista de candidatos, una cuestión o una lista de cuestiones incluidas en esta elección constituye un acto de fraude electoral y es un delito grave conforme a la ley de Georgia.

**FIRMAR AQUÍ** ▶ _____

**FIRMA O MARCA DEL VOTANTE**

_____   _____

NOMBRE IMPRESO DEL VOTANTE                   FECHA

**Juramento de la persona que asiste al votante (si corresponde)**: Yo, el abajo firmante, juro (o afirmo) que ayudé al votante antes mencionado a marcar la boleta de voto ausente, ya que dicho votante me comunicó personalmente su preferencia; y que ese votante tiene derecho a recibir asistencia en la votación de conformidad con lo dispuesto en el inciso (a) del artículo 21-2-409 del Código.

A los _____ día de _____, de 20 _____

**Motivo de la asistencia** (marcar la casilla correspondiente):

☐ El votante no puede leer el idioma inglés   ☐ El votante requiere asistencia debido a una discapacidad física.

▶ _____

FIRMA DE LA PERSONA QUE ASISTE AL VOTANTE

_____   _____

NOMBRE IMPRESO DE LA PERSONA QUE ASISTE AL VOTANTE   FECHA

*La legislación de Georgia dispone que toda persona que a sabiendas falsifique información para votar ilegalmente por boleta de voto ausente o que preste o reciba asistencia para votar ilegalmente, según se especifica en los artículos 21-2-568 o 21-2-573 del Código, será culpable de un delito grave.*

FORM OATH ENVELOPE 2019 – 2