IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DEMOCRATIC PARTY OF GEORGIA, INC., DSCC, and DCCC,<br><br>    Plaintiffs,<br><br>    v.<br><br>BRAD RAFFENSPERGER, in his official capacity as SECRETARY OF STATE OF GEORGIA; REBECCA N. SULLIVAN, DAVID J. WORLEY, SETH HARP, and ANH LE, in their official capacities as Members of the Georgia State Election Board; and STEPHEN DAY, JOHN MANGANO, ALICE O'LENICK, BEN SATTERFIELD, and BEAUTY BALDWIN, in their official capacities as Members of the Gwinnett County Board of Registration and Elections,<br><br>    Defendants. | Civil Action File No.<br>1:19-cv-5028-WMR |

**JOINT NOTICE OF SETTLEMENT AS TO STATE DEFENDANTS**

Plaintiffs Democratic Party of Georgia, Inc., DSCC, and DCCC ("Plaintiffs") and Defendants Brad Raffensperger, in his official capacity as Secretary of State of Georgia, and Rebecca N. Sullivan, David J. Worley, Seth Harp, and Anh Le, in their official capacities as members of the Georgia State Election Board ("State Defendants") hereby give notice of settlement of the above-

captioned matter. The settlement agreement between the parties is set forth in Attachment A. Plaintiffs agree to voluntarily dismiss this matter as to State Defendants within 5 days of March 22, 2020, the effective date of the Prompt Notification of Absentee Ballot Rejection rule specified in paragraph 2(a) of the attached settlement agreement and codified in Section 183-1-14-.13 of the Georgia Rules and Regulations.

Dated: March 6, 2020

Respectfully submitted,

*/s/ Bruce V. Spiva*

Marc E. Elias*
Bruce V. Spiva*
John Devaney*
Amanda R. Callais*
K'Shaani Smith*
Emily R. Brailey*
**PERKINS COIE LLP**
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
Facsimile: (202) 654-6211
MElias@perkinscoie.com
BSpiva@perkinscoie.com
ACallais@perkinscoie.com
KShaaniSmith@perkinscoie.com
EBrailey@perkinscoie.com

*Admitted Pro Hac Vice*

Halsey G. Knapp, Jr.
Georgia Bar No. 425320

*/s/ Vincent R. Russo*

Christopher M. Carr 112505
Attorney General
Bryan K. Webb 743580
Deputy Attorney General
Russell D. Willard 760280
Senior Assistant Attorney General
Charlene S. McGowan 697316
Assistant Attorney General
**Office of the Georgia Attorney General**
40 Capitol Square S.W.
Atlanta, GA 30334
cmcgowan@law.ga.gov
Telephone: (404) 656-3389
Facsimile: (404) 651-9325

Vincent R. Russo
Georgia Bar No. 242628
vrusso@robbinsfirm.com
Josh Belinfante

| | |
|---|---|
| Joyce Gist Lewis | Georgia Bar No. 047399 |
| Georgia Bar No. 296261 | jbelinfante@robbinsfirm.com |
| Adam M. Sparks | **ROBBINS ROSS ALLOY** |
| Georgia Bar No. 341578 | **BELINFANTE** |
| **KREVOLIN & HORST, LLC** | **LITTLEFIELD LLC** |
| One Atlantic Center | 500 14th Street, N.W. |
| 1201 W. Peachtree St., NW, Suite 3250 | Atlanta, Georgia 30318 |
| Atlanta, GA 30309 | Telephone: (678) 701-9381 |
| Telephone: (404) 888-9700 | Facsimile: (404) 856-3250 |
| Facsimile: (404) 888-9577 | |
| hknapp@khlawfirm.com | *Counsel for State Defendants* |
| sparks@khlawfirm.com | |

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of March, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to parties in this action.

Dated: March 6, 2020            */s/   Bruce V. Spiva*
                                *Counsel for Plaintiffs*