IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **Democratic Party of Georgia, Inc., et al**<br><br>Plaintiffs,<br><br>v.<br><br><br>**Brad Raffensperger** in his official capacity as Secretary of State of Georgia, et al.,<br><br>Defendants. | CIVIL ACTION FILE<br>NO. 1:19-cv-05028-WMR |

## ORDER

On March 6, 2020, the parties filed two Notices of Settlement [Doc 55 and Doc 56] informing the Court that the parties have settled this case and that they will file the appropriate dismissal documents with the Court by the end of March, 2020. The Clerk of Court is directed to **ADMINISTRATIVELY CLOSE** this case.  The parties shall file a dismissal or other filing disposing of this case upon finalization of the

settlement.  If settlement negotiations should fail, the parties shall promptly move to reopen the case.[1]


   **IT IS SO ORDERED** this 9th day of March, 2020.


WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE

---

[1] Administrative closure is a docket-control device used by the Court for statistical purposes.  The parties need only file a motion to reopen the case if settlement negotiations fail.  Administrative closure will not prejudice the rights of the parties to this litigation in any manner.