IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DEMOCRATIC PARTY OF GEORGIA, INC., DSCC, and DCCC,<br><br>    Plaintiffs,<br><br>    v.<br><br>BRAD RAFFENSPERGER, in his official capacity as SECRETARY OF STATE OF GEORGIA; REBECCA N. SULLIVAN, DAVID J. WORLEY, SETH HARP, and ANH LE, in their official capacities as Members of the Georgia State Election Board; and STEPHEN DAY, JOHN MANGANO, ALICE O'LENICK, BEN SATTERFIELD, and BEAUTY BALDWIN, in their official capacities as Members of the Gwinnett County Board of Registration and Elections,<br><br>    Defendants. | Civil Action File No.<br>1:19-cv-5028-WMR |

## **NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to the Notice of Settlement and Settlement Agreement, ECF Nos. 55, 55-1, Plaintiffs Democratic Party of Georgia, Inc., DSCC, and DCCC ("Plaintiffs") hereby voluntarily dismiss the claim against Defendants Stephen Day, John Mangano, Alice O'Lenick, Ben Satterfield, and Beauty Baldwin

("Gwinnett Defendants") in the above-captioned matter. *See* Am. Complaint at

¶¶ 96-103, ECF No. 30.

| | |
|---|---|
| Dated: March 11, 2020 | Respectfully submitted, |
| | |
| | */s/ Bruce V. Spiva* |
| | |
| | Marc E. Elias* |
| | Bruce V. Spiva* |
| | John Devaney* |
| | Amanda R. Callais* |
| | K'Shaani Smith* |
| | Emily R. Brailey* |
| | **PERKINS COIE LLP** |
| | 700 Thirteenth Street, N.W., Suite 600 |
| | Washington, D.C. 20005-3960 |
| | Telephone: (202) 654-6200 |
| | Facsimile: (202) 654-6211 |
| | MElias@perkinscoie.com |
| | BSpiva@perkinscoie.com |
| | ACallais@perkinscoie.com |
| | KShaaniSmith@perkinscoie.com |
| | EBrailey@perkinscoie.com |
| | |
| | Halsey G. Knapp, Jr. |
| | Georgia Bar No. 425320 |
| | Joyce Gist Lewis |
| | Georgia Bar No. 296261 |
| | Adam Sparks |
| | Georgia Bar No. 296261 |
| | KREVOLIN & HORST, LLC |
| | One Atlantic Center |
| | 1201 W. Peachtree St., NW, Suite 3250 |
| | Atlanta, GA 30309 |
| | Telephone: (404) 888-9700 |

Facsimile: (404) 888-9577
hknapp@khlawfirm.com
jlewis@khlawfirm.com
sparks@khlawfirm.com

*Counsel for Plaintiffs*

*\*Admitted Pro Hac Vice*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of March 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to parties in this action.

Dated: March 11, 2020                              */s/    Bruce V. Spiva*
                                                                     *Counsel for Plaintiffs*